UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMPASS GROUP USA, Inc., by and through its Chartwells Division, | : : : : | Case Number: |
| Plaintiff | : : | |
| v. | : : | |
| OHIO WESLEYAN UNIVERSITY, | : : : | |
| Defendant. | : | |

# COMPLAINT

Plaintiff, Compass Group USA, Inc., by and through its Chartwells Division, and through its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, files a Complaint against Defendant, Ohio Wesleyan University, and in support thereof avers the following:

## THE PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Compass Group USA, Inc. ("Chartwells), is a Delaware corporation with a principal place of business located at 2400 Yorkmont Road, Charlotte, North Carolina 28217.

2. Defendant Ohio Wesleyan University ("Ohio Wesleyan") is a private university located at 61 South Sandusky Street, Delaware, Ohio 43015.

3. This Court has subject matter jurisdiction over the claims in this Complaint pursuant to 28 U.S.C. § 1332.

4. Venue is proper under 28 U.S.C. §§ 1391(b)(1) because the contract between the parties specifies that venue is proper in this court.

## FACTS

5. On or about July 1, 1993, ServiceMaster Management Services, LP, a predecessor to Chartwells, entered into a contract with Ohio Wesleyan for dining services to be performed for Ohio Wesleyan at its campus ("Agreement").

6. The Agreement has been amended at least eighteen times since 1993 by way of written amendments.

7. In July, 2011, Chartwells and Ohio Wesleyan entered into Amendment Number Seventeen to the Agreement ("Amendment Seventeen").

8. Section 10 of Amendment Seventeen sets forth Profit Before Overhead ("PBO") targets.

9. Section 10 of Amendment Seventeen states that in the event that the PBO targets were not reached, Ohio Wesleyan would be required to "compensate Chartwells for such reduction in PBO."

10. The Agreement was terminated in May 2018.

11. Based on the PBO targets set forth in Amendment Seventeen, Ohio Wesleyan currently owes Chartwells $1,311,000 for the reductions in PBOs for the period from 2010 through 2018.

12. Despite repeated demands, Ohio Wesleyan has not paid the amount due to Chartwells.

13. Ohio Wesleyan University has failed to abide by the terms of the Agreement and, specifically, Amendment Seventeen to the Agreement.

### COUNT I – Breach of Contract

14. Chartwells repeats and realleges the above allegations as if set forth herein.

15. The Agreement is a valid and enforceable contract.

16. Chartwells has performed all of its obligations under the Agreement.

17. Ohio Wesleyan has breached and continues to breach the Agreement by refusing to pay Chartwells an amount due under the terms of the Agreement.

18. As a result of the breach of contract and continuing breach, Chartwells has suffered a loss in the amount of $1,311,000.

19. Under Section 15.7 of the Agreement, Chartwells is entitled "have its reasonable costs and attorneys fees paid by" Ohio Wesleyan as a result of the breach.

## COUNT II – Unjust Enrichment

20. Chartwells repeats and realleges the above allegations as if set forth herein.

21. Ohio Wesleyan agreed to pay Chartwells for reductions in the PBOs based on the targets set forth in Amendment Seventeen.

22. Ohio Wesleyan has refused to pay Chartwells for reduction in the PBOs.

23. Ohio Wesleyan obtained a benefit in the amount of $1,311,000 by using Chartwells' services.

24. Ohio Wesleyan retained such benefit and has not paid the amount due.

25. It is inequitable for Ohio Wesleyan to continue to retain the benefit it received without disgorging such benefit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court award:

1) Compensatory damages in an amount no less than $1,311,000 according to proof;

2) For costs of suit incurred herein;

3) For attorneys' fees;

4) For any such other or further relief as the Court deems just and proper.

                        **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

                        MATTHEW A. LIPMAN, ESQUIRE
                        1617 JFK Blvd., Suite 1500
                        Philadelphia, PA 19103
                        215-557-2900 (T)
                        215-557-2990 (F)
                        mlipman@mdmc-law.com

                        Attorneys for Plaintiff,
                        Compass Group USA, Inc.

Dated: September 7, 2018